851 A.2d 835

**Gregory GRISWALD, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation Parole, Appellee.**

Supreme Court of Pennsylvania.

June 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of June, 2004, the above captioned appeal is quashed for failure to file a brief.